JS-6

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
PAUL F. RAFFERTY, Cal Bar No. 132266
ISABELLE L. ORD, Cal. Bar No. 198224
JOSEPH H. TADROS, Cal. Bar No. 239379
650 Town Center Drive, 4th Floor
Costa Mesa, California 92626-1925
Telephone: 714-513-5100
Facsimile: 714-513-5130

Attorneys for Plaintiff
ADVANTAGE MAILING, INC.

FILED-SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

MAR - 3 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                            DEPUTY

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| ADVANTAGE MAILING, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>300 UP PROMOTIONS, INC., a Georgia corporation; BEN ELLIOTT ENTERPRISES, INC., a Georgia corporation; and BEN ELLIOTT, an individual,<br><br>Defendants. | Case No. SA CV 06-1184 DOC (ANx)<br>Assigned to: Hon. David O. Carter<br><br>[~~PROPOSED~~] JUDGMENT AGAINST DEFENDANTS 300 UP PROMOTIONS, INC., BEN ELLIOTT ENTERPRISES, INC., AND BEN ELLIOTT |

-1-

## JUDGMENT

Good cause appearing therefore, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment is entered against Defendants 300 Up Promotions, Inc., a Georgia corporation, Ben Elliott Enterprises, Inc., a Georgia corporation, and Ben Elliott, an individual, in favor of Plaintiff Advantage Mailing, Inc., a California corporation, as follows:

1. This Court has jurisdiction of the subject matter of this action and the parties to it, venue is proper, and this Court has jurisdiction to enter the Proposed Order as final judgment.

2. Advantage Mailing, Inc. is awarded judgment on all causes of action against all defendants. Specifically, Advantage Mailing, Inc. is awarded judgment against Defendant 300 Up Promotions, Inc. on the causes of action for breach of contract, breach of covenant of good faith and fair dealing, account stated, and open book account. Advantage is awarded judgment against Ben Elliott on the cause of action for breach of personal guaranty. Advantage is awarded judgment against 300 Up Promotions, Inc., Ben Elliott Enterprises, Inc., and Ben Elliott on the causes of action for fraud and RICO (18 U.S.C. §§ 1961-1968). Advantage is awarded judgment against 300 Up Promotions, Inc., Ben Elliott Enterprises, Inc., and Ben Elliott, jointly and severally, in the amount of $1,168,468, plus $212,250 in pre-judgment interest (the "Judgment Amount") with post-judgment interest accruing at five (5) percent per annum.

3. The Judgment Amount is a debt for money, property and/or services obtained by false pretenses, false representations and actual fraud.

4. The Court retains jurisdiction for the purpose of making any further orders necessary for the construction or modification of this Judgment and the enforcement of this Judgment.

5. This Judgment shall constitute final judgment in this action against 300 Up Promotions, Inc., Ben Elliott Enterprises, Inc., and Ben Elliott ("Final Judgment") and the Clerk of the Court shall enter this Final Judgment forthwith.

IT IS SO ORDERED

Dated: March 3, 2008

_David O. Carter_
United States District Court Judge